**DISMISS and Opinion Filed August 29, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00142-CV

**DAWN RICHARDS, Appellant**
**V.**
**BURNCO TEXAS, LLC AND CLIFFORD HAHNES, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-11668**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Reichek
Opinion by Chief Justice Burns

Before the Court is appellant's August 25, 2023 unopposed motion to dismiss this appeal. In the motion, appellant informs the Court that all issues and controversies relating to this matter have been resolved, and appellant no longer wishes to pursue her appeal. We grant appellant's motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220142F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DAWN RICHARDS, Appellant

No. 05-22-00142-CV     V.

BURNCO TEXAS, LLC AND
CLIFFORD HAHNES, Appellees

On Appeal from the 162nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-16-11668.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Reichek
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Subject to any agreement of the parties, it is **ORDERED** that appellees
BURNCO TEXAS, LLC and CLIFFORD HAHNES recover their costs of this
appeal from appellant DAWN RICHARDS.

Judgment entered August 29, 2023